IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| RICARDO ELLIOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAFEWAY INC., ) <br> ) <br> Defendant. ) | Case No. AMD-00-2977 <br> Judge Andre M. Davis |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Discovery Deadlines, the Memorandum of Points and Authorities In Support of the Motion, and the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the parties shall have an enlargement of time for the remaining deadlines in the Scheduling Order, as follows:

(1) The discovery deadline/submission of status report is April 20, 2001.

(2) Requests for admission shall be served by April 27, 2001.

(3) Dispositive pretrial motions shall be filed by May 21, 2001.

Date: 2/21/2001

_____
Andre M. Davis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2001, a copy of the foregoing Consent Motion to Extend Discovery Deadlines, Memorandum of Points and Authorities In Support Thereof and Proposed Order was served via first class U.S. mail, postage prepaid, upon:

>H. Vincent McKnight, Jr., Esquire
>Ashcraft & Gerel
>2000 L Street, N.W.
>Suite 400
>Washington, DC  20036
>
>Attorney for Plaintiff Ricardo Elliott

*Maria A. Perugini*
Maria A. Perugini