IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| RICARDO ELLIOTT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. AMD-00-2977 |
| | ) Judge Andre M. Davis |
| SAFEWAY INC., | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Discovery Deadlines, the Memorandum of Points and Authorities In Support of the Motion, and the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the parties shall have an enlargement of time for the remaining deadlines in the Scheduling Order, as follows:

(1) The discovery deadline/submission of status report is May 11, 2001.

(2) Requests for admission shall be served by May 18, 2001.

(3) Dispositive pretrial motions shall be filed by June 15, 2001.

Date: 4/18/2001

_____
Andre M. Davis
United States District Judge