IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| RICARDO ELLIOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAFEWAY INC., )<br>)<br>Defendant. )<br>) | Case No. AMD-00-2977 |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Extend Dispositive Pretrial Motions Deadline, the Memorandum of Points and Authorities in support thereof, and the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the parties shall have an enlargement of time of two weeks to file dispositive pretrial motions. Therefore,

(1)  Dispositive pretrial motions shall be filed by June 29, 2001.

Date: June 15, 2001

_____
Andre M. Davis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2001, a copy of the foregoing Consent Motion to Extend Dispositive Pretrial Motions Deadline, Memorandum of Points and Authorities in support thereof, and Proposed Order were served via first class U.S. mail, postage prepaid, upon:

> H. Vincent McKnight, Jr., Esquire
> Ashcraft & Gerel
> 2000 L Street, N.W.
> Suite 400
> Washington, DC 20036
>
> Attorney for Plaintiff Ricardo Elliott

*Maria A. Perugini*
Maria A. Perugini