IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| RICARDO ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. AMD-00-2977 |
| ) | |
| SAFEWAY INC., ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Extend Deadline for Filing Reply to Opposition to Defendant's Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and Safeway shall have an enlargement of time until August 15, 2001 to file its Reply to Opposition to Defendant's Motion for Summary Judgment.

Date: 7/30/2001

Andre M. Davis
United States District Judge