UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

August 1, 2001

MEMORANDUM TO COUNSEL RE:   Elliott v. Safeway, Inc.
Case No. AMD 00-2977

This is to inform you that the Court has scheduled a motion hearing in the above titled case for Tuesday, August 21, 2001, at 2:30 p.m. Please note that the hearing will be held in courtroom 3B at the **Greenbelt Courthouse**, 6500 Cherrywood Lane, Greenbelt, Maryland.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file