IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICARDO ELLIOTT,                     :
      Plaintiff               :
                       :
   v.                            :          CIVIL NO. AMD 00-2977
                       :
SAFEWAY, INC.,                       :
      Defendant               :
             ...o0o...

FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 1 0 2001

CLERK U.S DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

O R D E R

The defendant has moved to seal its entire Motion for Summary Judgment (and the accompanying memorandum and exhibit volume) because information about employees and/or former employees not parties to this action has been included in that material. I am not prepared to seal an entire motion for summary judgment in every employment discrimination case filed in this court. In the nature of things, the information Safeway desires to hold confidential will virtually always be relevant (and admissible) in discrimination cases. If Safeway wishes to substitute a redacted motion and memorandum for the papers already filed, I certainly would have no objection to its doing so, but a blanket sealing order is inappropriate.

Accordingly, it is this 10th day of August, 2001, by the United States District Court for the District of Maryland, ORDERED

(1)     That the Motion to File Under Seal is DENIED;

(2)     That the Clerk shall TRANSMIT a copy of this Order to all counsel.

ANDRE M. DAVIS
United States District Judge