IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICARDO ELLIOTT,
    Plaintiff

v.                        Civil No. AMD 00-2977

SAFEWAY, INC.,
    Defendant

...oOo...

ORDER

In accordance with the court's rulings made on the record on August 21, 2001, it is this 22nd day of August, 2001, ORDERED

(1)    That the defendant's motion for summary judgment IS GRANTED AND JUDGMENT AS TO ALL CLAIMS IS HEREBY ENTERED IN FAVOR OF DEFENDANT;

(2)    That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all counsel.



_____
ANDRE M. DAVIS
United States District Judge